# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BONNIE ELIZABETH MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-16-919-M |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On May 3, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by May 23, 2017. A review of the file reveals no objections have been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on May 3, 2017, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 1st day of June, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE